IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS MORGAN, | No. 4:24-CV-01420 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ARVIZA, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 8th day of October 2024, in accordance with the accompanying Memorandum, and the Court noting that the filing fee in this case has been paid in full, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Within <u>21 days</u> of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff <u>must</u> adhere to the specific directions provided by the Court in the accompanying Memorandum.

3. If no amended complaint is timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge