IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS MORGAN, | No. 4:24-CV-01420 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ARVIZA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 2nd day of December 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 15) to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's amended complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. Defendants' alternative motion (Doc. 15) for summary judgment under Federal Rule of Civil Procedure 56 is **DISMISSED** as moot in light of paragraphs 1 and 2 above.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge